IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER A. BENTON-EL, | |
| Plaintiff | |
| VS. | NO. 5: 05-CV-242 (DF) |
| S. ODUM, *et al.*, | **PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |
| Defendants | |

# O R D E R

On May 19, 2006 the undersigned issued a Recommendation (Tab #16) that the above-styled case be dismissed for failure to respond to the defendants' Motion to Dismiss (Tab #11).  On May 25 the plaintiff filed an Objection (Tab #17) to the Recommendation, stating that he was not in receipt of this court's Order (Tab #14) directing him to respond to the Motion to Dismiss.  After filing his Objection, the plaintiff submitted a Response (Tab #18) to the defendants' Motion to Dismiss and a Brief in support of his Response (Tab #19).

Because the plaintiff is proceeding *pro se* and says that he was unaware of this court's Order directing a response to the defendants' Motion, the undersigned's Recommendation dated May 19 (Tab #16) is hereby **VACATED**.

Upon reviewing the defendants' Motion to Dismiss and the plaintiff's Response, it is apparent that the plaintiff did not respond to the defendants' contention that the plaintiff has failed to effect service of process on the defendants, which – without a showing of good cause by the plaintiff – was to be done within **120 days** of the plaintiff's filing of his Complaint.  Fed. R. Civ. P. 4(m).

Within **TEN (10) DAYS** from receipt of this Order, plaintiff is DIRECTED to respond to defendants' contention that he has failed to serve them in accordance with Rule 4(m).

SO ORDERED and DIRECTED, this 1st day of JUNE, 2005.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE